1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J.A.B. – WEST KNOXVILLE, INC.<br><br>                Plaintiff,<br><br>          v.<br><br>JOS. A. BANK CLOTHIERS, INC.<br><br>                Defendant. | Case No. 16-cv-02357-VC<br><br>Hon. Vince Chhabria<br><br>**STIPULATION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER**<br>AND ORDER<br>Action filed:   April 29, 2016<br>Trial Date:     None Set |

**STIPULATION FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for plaintiff J.A.B. – West Knoxville, Inc. and defendant Jos. A. Bank Clothiers, Inc., pursuant to Civil Local Rule 6-1(b) and 6-2, that defendant's time to reply to plaintiff's opposition to defendant's motion to transfer in this action shall be extended to June 29, 2016.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: June 20, 2016        **PORTER SCOTT**
                            **PROFESSIONAL CORPORTATION**

                            By:    /s/ Martin N. Jensen
                                   Martin N. Jensen (CA #232231)
                                   350 University Ave, Suite 200
                                   Sacramento, CA 95825
                                   916-929-1481
                                   Fax: 916-927-3706
                                   mjensen@porterscott.com

                                   Attorneys for J.A.B. – West Knoxville, Inc.

Dated: June 20, 2016        **VENABLE LLP**

                            By:    /s/ Cody S. Lonning
                                   Cody S. Lonning (CA #301972)
                                   505 Montgomery Street, Suite 1400
                                   San Francisco, CA 94111
                                   415-653-3750
                                   Fax: 415-653-3755
                                   cslonning@Venable.com

                                   Attorneys for Jos. A. Bank Clothiers, Inc.

1    [PROPOSED] ORDER

2    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

4    Dated: June 22, 2016

*IT IS SO ORDERED*

Judge Vince Chhabria

**ATTESTATION REGARDING SIGNATURES**

I, Cody S. Lonning, am the ECF User whose ID and password are being used to file this STIPULATION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION. TO DEFENDANT'S MOTION TO TRANSFER.  I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 20, 2016                    **VENABLE LLP**

                                        By:     /s/ Cody S. Lonning
                                                Cody S. Lonning (CA #301972)
                                                505 Montgomery Street, Suite 1400
                                                San Francisco, CA 94111
                                                415-653-3750
                                                Fax: 415-653-3755
                                                cslonning@Venable.com

                                                Attorneys for Jos. A. Bank Clothiers, Inc.

**PROOF OF SERVICE**

I hereby certify that on June 20, 2016 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Cody S. Lonning*
Cody S. Lonning